**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| F-SQUARED INVESTMENT MANAGEMENT LLC, | Case No. 15-11469 (LSS) |
| Debtors. | |
| CRAIG JALBERT, IN HIS CAPACITY AS TRUSTEE FOR F2 LIQUIDATING TRUST, Plaintiff, | (Jointly Administered) |
| vs. | |
| GEORDIE MCCLELLAND, Defendant. | Adv. No. 17-50755 (LSS) |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the adversary complaint which is attached to this summons with the clerk of the bankruptcy within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: | 824 N. Market Street, 3rd Floor Wilmington, Delaware 19801 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

| Name and Address of Plaintiff's attorneys: | |
|---|---|
| BROWN RUDNICK LLP | THE ROSNER LAW GROUP LLC |
| William R. Baldiga, Esq. | Frederick B. Rosner, Esq. |
| Seven Times Square | 824 N. Market St., Suite 810 |
| New York, NY 10036 | Wilmington, DE 19801 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: | 824 N. Market Street Wilmington, Delaware 19801 | Room: <u>6th Floor, Courtroom 2</u> Date and Time: October 4, 2017 at 2:00 p.m. (EST) |
|---|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
   Court for the District
      of Delaware**

Date: <u>August 11, 2017</u>                    /s/ *Una O'Boyle*
                                                               *Clerk of the Bankruptcy Court*

{00020987. }